ORDERED in the Southern District of Florida on ___AUG 1 5 2013___



Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                            CASE NO. 13-20994 EPK
                                                  Chapter 13
IJEOMA STONE,
    Debtor.
_____/

### ORDER GRANTING
### EMERGENCY MOTION TO SHORTEN PREJUDICE PERIOD

THIS CAUSE came before the Court upon the Debtor, IJEOMA STONE'S, Motion to Shorten Prejudice Period. The Court, having been fully advised in the premises, and based upon the record,

ORDERS AND ADJUDGES that:

1. The Motion is GRANTED.

2. The prejudice period is shortened to allow Debtor to immediately file a case under Chapter 13.

###

Submitted By:

STUART A. YOUNG
Florida Bar No. 232920
YOUNG & BROOKS, P.A.
1860 Forest Hill Blvd., Suite 201
West Palm Beach, Florida  33406
Telephone: (561) 433-4200
Facsimile: (561) 433-2988
Email: syoung@ybplw.com

Attorney Stuart A. Young, Esq., is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.