

**ORDERED in the Southern District of Florida on September 18, 2013.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                 CASE NO. 13-20994-EPK
                                                                              CHAPTER 13
IJEOMA STONE,

     Debtor.
_____/

### ORDER DENYING MOTION FOR REHEARING

THIS MATTER came before the Court upon the *Motion for Rehearing on Three Orders; Motion to Stay Disgorgement of Fees, Sanctions and Damages and Motion for an Extension to File Required 14 Day Notice* [ECF No. 28] (the "Motion"). In the Motion, Joseph T. Schiavone, Jr. requests, in part, relief from the *Order Suspending Herbert W. Biggs, Esq. from Practice before the United States Bankruptcy Court for the Southern District of Florida* [ECF No. 25] (the "Order of Suspension"). The Order of Suspension does not address Mr. Schiavone in any way. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 28] is DENIED.

###

Copies furnished to:

Joseph T. Schiavone, Jr.
521 Northlake Boulevard #4
North Palm Beach, FL 33408

Ijeoma Stone
2244 Soundings Ct
West Palm Beach, FL 33413

Stuart A Young, Esq.

Robin R Weiner, Trustee

AUST